# Supreme Court of Texas

No. 20-0737

United Rentals North America, Inc.,

*Petitioner*,

v.

Pamela Evans, Individually and as Administrator for the Estate
of Clark Brandon Davis, and Dominic Jones,

*Respondents*

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsels' argument, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The portion of the court of appeals' judgment affirming the trial court's judgment on the wrongful death claims brought by Pamela

Evans individually and Dominic Jones is reversed, and those claims are remanded to the trial court for a new trial;

2)      The portion of the court of appeals' judgment affirming the trial court's judgment on the survival claim brought by Pamela Evans as administrator for the Estate of Clark Brandon Davis is reversed, and a take-nothing judgment is hereby rendered on this claim; and

3)      Each party shall bear its own costs of court incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Blacklock

Justice Lehrmann did not participate in the decision.

May 12, 2023

*********